# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTON CLIFFORD,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| | * Civil Action No. 1:21-CV-1838-TCB |
| | * |
| **MAJESTIC LAND** | * |
| **DEVELOPMENT, LLC,** | * |
| | * |
| **Defendant.** | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 1st day of September, 2021.


*/s/ Julie McCollister*               */s/ Jackie Lee*
Julie McCollister                      Jackie Lee
*Attorney for Plaintiff*               *Attorney for Defendant*
Georgia Bar No. 450726                 Georgia Bar No. 419196
McCollister Law, LLC                   Lee Law Firm, LLC
P.O. Box 2525                          1100 Peachtree Street, NE, Suite 250
Blairsville, GA  30514                 Atlanta, GA  30309
(706) 745-0057                         (404) 301-8973
jbmccollister@gmail.com                jackie@leelawga.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * Civil Action No. 1:21-CV-1838-TCB |
| | * |
| MAJESTIC LAND | * |
| DEVELOPMENT, LLC, | * |
| | * |
| Defendant. | * |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

> Jackie Lee
> LEE LAW FIRM, LLC
> 1100 Peachtree Street, NE, Suite 250
> Atlanta, GA  30309

This 1st day of September, 2021.

> /s/ Julie McCollister
> Julie McCollister
> Georgia Bar No. 450726